8/26

JUL 31 2006 JUL 25 2006

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Rhode Island Carpenters Funds, et. al.

V.

Modern Industries, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 06 339 ML

TO: (Name and address of Defendant)

Edmund F. Capozzi, Jr.
R/A/S Modern Industries, Inc.
243 West Exchange Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Rd., Ste C.
North Kingstown, RI 02852

ı answer to the complaint which is herewith served upon you, within 20 days after service of this ımmons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for e relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable ·riod of time after service.

7.24.06

ERK DATE

) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE July 27 2006 |
| NAME OF SERVER (PRINT) Thomas Noury 41 N. Elmore Ave. P.O. Box 114026 North Providence, RI 02911 | TITLE |

*Check one box below to indicate appropriate method of service*

■ Served personally upon the third-party defendant. Place where served: Modern Industries 242 West Exchange St. Providence RI

■ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

■ Returned unexecuted: CA 06 339

■ Other (specify): X Joyce L'Heureux JOYCE L'HEUREUX

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 45.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/27/06 Date — Thomas Noury, Signature of Server

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.