**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND, Through their Trustees, and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds<br>Plaintiffs,<br><br>v.<br><br>MODERN INDUSTRIES<br>Defendant. | * | C.A. No. 06-339ML |

# ENTRY OF APPEARANCE

I, Thomas J. McAndrew, Esq., hereby enter my appearance on behalf of the Defendant, Modern Industries, Inc., in the above-captioned matter.

/s/ Thomas J. McAndrew
Thomas J. McAndrew (#1001)
Thomas J. McAndrew & Associates
One Turks Head Place, Suite 205
Providence, RI 02903
(401) 455-0350 TEL
(401) 455-0882 FAX

Dated: August 15, 2006

**CERTIFICATION**

I, the undersigned, hereby certify that on this 15th day of August, 2006, the foregoing was filed electronically and is available for viewing and downloading from the ECF system and was served electronically to:

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852

/s/ Robin A. Poirier ______________