**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPETERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND, Through their Trustees, and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds,
Plaintiffs,

v. C.A. No.: 06-228ML

MODERN INDUSTRIES, INC.
Defendant.

**ASSENTED MOTION TO EXTEND TIME WITHIN WHICH TO RESPOND TO COMPLAINT**

Now comes Modern Industries, Inc. and hereby requests additional time, up to and including September 5, 2006 within which to answer or otherwise respond to the Complaint.

The undersigned represents that all parties concerned with this motion have consented to the time period requested.

Respectfully submitted,

Thomas J. McAndrew & Associates

_/s/ Thomas J. McAndrew________

Thomas J. McAndrew, # 1001
One Turks Head Place, Suite 205
Providence, RI 02903
401.862.4923
401.455.0882 (fax)
tmcandrew@tjmcandrewlaw.com

**CERTIFICATION**

I hereby certify that on the 15th day of August, 2006, I delivered a true and accurate copy of the within pleading via ECF to the following:

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road, Ste. C
North Kingstown, RI 02852

/s/ Thomas J. McAndrew

*Assented Motion to Extend Time 08 15.06 doc*