**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND, Through their Trustees, and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds, *Plaintiffs,* | : | |
| v. | : | C.A. No. 06-339ML |
| MODERN INDUSTRIES, INC. *Defendant.* | : | |

**PLAINTIFFS' ANSWER TO DEFENDANT'S COUNTERCLAIM**

Now comes Plaintiffs and for its Answer to Defendant's Counterclaim responds as follows:

1. Admit.

2. Admit.

3. Admit that Donald Lavin is the co-administrator of the Funds.

4. Admit.

5. Admit.

6. Deny.

7. Deny.

8. Deny.

9. Deny.

WHEREFORE, Plaintiffs demand that Defendant's Counterclaim be dismissed with prejudice and that judgment enter for Plaintiffs for costs and attorneys' fees with such other relief as this Court may deem just and proper.

**AFFIRMATIVE DEFENSES**

1. Defendant/Counterclaimant has failed to state a claim upon which relief may be granted.

2. The Court lacks subjection matter jurisdiction over the Counterclaim.

3. The Counterclaim is preempted by the Employee Retirement Income Security Act of 1974, as amended, ("ERISA"), 29 U.S.C. § 1001 et. seq.

Respectfully submitted,

On behalf of Plaintiffs,
By their attorney,

/s/ Elizabeth A. Wiens________
Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
Tel.(401) 294-4700
Fax (401) 294-4702

Certificate of Service

I hereby certify that I caused a copy of the foregoing to be mailed electronically this 6th day September, 2006 to Thomas J. McAndrew.

/s/ Elizabeth A. Wiens