**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND, Through their Trustees, and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds,
*Plaintiffs,*

v. C.A. No. 06-339ML

MODERN INDUSTRIES, INC.
*Defendant.*

**PLAINTIFFS' PRETRIAL CONFERENCE STATEMENT**

This action arises under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §1001 et seq. Plaintiffs seek enforcement of Defendant's obligations under a collective bargaining agreement ("CBA") with the Rhode Island Carpenters ("Union") to make contributions to the Rhode Island Carpenters Annuity Fund ("Annuity Fund"), Rhode Island Carpenters Pension Fund ("Pension Fund"), Rhode Island Carpenters Vacation Fund ( "Vacation Fund"), and Rhode Island Carpenters Health Fund, employee benefit plans within the meaning of Sections 3(1) and 3(2) of ERISA, 29 U.S.C. §1002(1)&(2).

Section 502(a)(3) of ERISA, 29 U.S.C. §1132(a)(3), authorizes a civil action to enforce the contribution requirement of Section 515 of ERISA, 29 U.S.C. §1145. Plaintiffs seek to collect unpaid contributions, interest, and penalties, as well as the attorneys' fees and costs expended in prosecuting this action, as authorized under Section 502(g)(2) of ERISA, 29 U.S.C. §1132(g)(2).

The elements of a claim under Section 515 of ERISA, 29 U.S.C. §1145, are (1) Defendant is obligated to make contributions to a multi-employer plan under the terms of an agreement; and (2) Defendant has not made such contributions.

Defendant is a party to a CBA which provides, in relevant part, that Defendant shall make contributions to the Rhode Island Carpenters' Benefit Funds based on all hours of "outside construction" performed by its employees. Pursuant to the CBA, Defendant must comply with the terms of the Agreement and Declaration of Trust ("Trust Agreement"). The Trust Agreement governs the terms and conditions under which the Funds are to be administered, and establishes the rights and obligations of the Funds and Defendant. The Trust Agreements provide, in relevant part, that Defendant shall timely submit remittance reports, shall promptly pay contributions, and shall be subject to penalties and interest when in default.

Defendant has been party to a CBA with the Union for over ten years. However, Defendant has *never* submitted contributions to the Funds. Over the years, the Union and the Funds have been unaware that Defendant had been performing "outside construction" work; accordingly, they were unaware of Defendant's delinquencies. However, Plaintiffs have recently received information that supports its belief that Defendant has been performing "outside construction" work. Plaintiffs are not able to calculate the amounts owed until after it has conducted discovery in this matter.

Respectfully submitted,

On behalf of Plaintiffs,
By their attorney,

/s/ Elizabeth A. Wiens_________

Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
Tel.(401) 294-4700
Fax (401) 294-4702

Certificate of Service

I hereby certify that I caused a copy of the foregoing to be mailed electronically this 8th day November, 2006 to Thomas J. McAndrew.

/s/ Elizabeth A. Wiens