**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPETERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND, Through their Trustees, and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds,
Plaintiffs,

v.

C.A. No.: 06-339ML

MODERN INDUSTRIES, INC.
Defendant

**ENTRY OF APPEARANCE**

The undersigned hereby enters his appearance on behalf of the Defendant, Modern Industries, Inc.

Defendant, Modern Industries, Inc.
By its attorneys,

Ratcliffe Burke Harten & Elias LLP

/s/ Stephen H. Burke
Stephen H. Burke, #2759
1600 Financial Plaza
Providence, RI 02903
Tel: 401.331.3400
Fax: 401.331.3440

**CERTIFICATION**

I hereby certify that on the 15th day of November, 2006, I delivered a true and accurate copy of the within pleading via ECF to the following:

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road, Ste. C
North Kingstown, RI 02852

/s/ Stephen H. Burke