**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

************************************
RHODE ISLAND CARPENTERS *
ANNUITY FUND, RHODE ISLAND *
CARPETERS PENSION FUND, *
RHODE ISLAND CARPENTERS *
VACATION FUND, RHODE ISLAND *
CARPENTERS HEALTH FUND, *
Through their Trustees, and DONALD *
LAVIN, in his official capacity as *
Co-Administrator of the Funds, *
Plaintiffs, *
*
v. * C.A. No.: 06-339ML
*
MODERN INDUSTRIES, INC. *
Defendant. *
************************************

**ASSENTED-TO MOTION TO EXTEND TIME WITHIN WHICH TO PROVIDE ITS ANSWERS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES, RESPONSE TO PLAINTIFFS' REQUEST FOR ADMISSIONS, AND RESPONSE TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS**

Now comes Modern Industries, Inc. and hereby requests additional time, up to and including January 17, 2007 within which to provide its Answers to Plaintiffs' First Set of Interrogatories, Response to Plaintiffs' Request for Admissions, and Response to Plaintiffs' Request for Production of Documents.

The undersigned represents that all parties concerned with this motion have consented to the time period requested.

Respectfully submitted,

Thomas J. McAndrew & Associates

/s/ Thomas J. McAndrew
Thomas J. McAndrew & Associates
One Turks Head Place, Suite 205
Providence, RI 02903
(401) 455-0350 Tel
(401) 455-0882 Fax

**CERTIFICATION**

I hereby certify that on the 17th day of January, 2007, I caused a true and accurate copy of the foregoing pleading to be delivered via ECF to the following:

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852

/s/ Thomas J. McAndrew