**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND, Through their Trustees, and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds, *Plaintiffs*, | : | |
| v. | : | C.A. No. 06-339ML |
| MODERN INDUSTRIES, INC. *Defendant*. | : | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSIONS**

Pursuant to Rule 36(a) of the Federal Rules of Civil Procedure, Defendants hereby respond to Plaintiffs' Request for Admissions as follows:

**Requests**

1. Attached hereto is a true and accurate copy of the Agreement between Modern Industries and New England Regional Council of Carpenters Local 94.

**Admitted.**

2. Defendant is required to submit contributions to the Rhode Island Carpenters Benefit Funds for all hours spent performing "outside construction" by covered employees. **Denied**

3. Defendant has engaged in "outside construction" work at some point during the period of June 1996 through the present. **Denied**

4. For the period of June 1996 to the present, Defendant has submitted no contributions to the Rhode Island Carpenters' Benefit Funds for "outside construction" work performed. **Denied**

5. Defendant asserted to the National Labor Relations Board that it was engaged in "outside construction," as that term is used in section 8(f) of the National Labor Relations Act. **Denied**

Modern Industries

By:____________________
Edmond F. Capozzi, Jr.

**Certificate of Service**

I hereby certify that I caused a copy of the foregoing to be mailed via first class mail this ______ day January, 2007 to Elizabeth A. Wiens, Esq., Gursky Law Associates, 420 Scrabbletown Road, Suite C, North Kingstown, RI 02852.

____________________