**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

************************************
RHODE ISLAND CARPENTERS *
ANNUITY FUND, RHODE ISLAND *
CARPETERS PENSION FUND, *
RHODE ISLAND CARPENTERS *
VACATION FUND, RHODE ISLAND *
CARPENTERS HEALTH FUND, *
Through their Trustees, and DONALD *
LAVIN, in his official capacity as *
Co-Administrator of the Funds, *
Plaintiffs, *
*
v. * C.A. No.: 06-339ML
*
MODERN INDUSTRIES, INC. *
Defendant. *
************************************

**DEFENDANT'S OBJECTION TO PLAINTIFFS' MOTION TO STRIKE OBJECTIONS AND COMPEL MORE RESPONSIVE ANSWERS TO INTERROGATORIES**

Now comes Defendant, Modern Industries, Inc., in the above-entitled matter and hereby objects to Plaintiffs' Motion to Strike Objections and Compel More Responsive Answers to Interrogatories for the reasons and pursuant to the authorities set forth in the Memorandum of law filed herewith.

/s/ Thomas J. McAndrew
Thomas J. McAndrew, Esq. (# 1001)
Thomas J. McAndrew & Associates
One Turks Head Place, Suite 205
Providence, RI 02903
401.455.0350
401.455.0882 (fax)
tmcandrew@tjmcandrewlaw.com

Dated: March 7, 2007

**CERTIFICATION**

I hereby certify that on the 7th day of March, 2007, I delivered a true and accurate copy of the within pleading via ECF to the following:

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road, Ste. C
North Kingstown, RI 02852

/s/ Thomas J. McAndrew