UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND, Through their Trustees, and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds,
*Plaintiffs*,

v.

MODERN INDUSTRIES, INC.
*Defendant*.

C.A. No. 06-339ML

**PLAINTIFFS' REQUEST FOR ADMISSIONS**

Pursuant to Rule 36(a) of the Federal Rules of Civil Procedure, Plaintiffs hereby request that Defendant admit the truth of the following statements or opinions of fact or the application of law to fact, including the genuineness of the identified documents.

Definitions

A. The term "outside construction" means the work referred to in Article XVI of the Agreement between Modern Industries and New England Regional Council of Carpenters Local Union 94.

B. The term "covered employee" refers to an employee who performs "outside construction" work, as defined in A, above.

C. The terms "Defendant" and "you" shall refer to Defendant Modern Industries, its agents, representatives, and all other persons acting or purporting to act on Defendant's behalf or under its direction or control.

Requests

1. Attached hereto is a true and accurate copy of the Agreement between Modern Industries and New England Regional Council of Carpenters Local 94.

2. Defendant is required to submit contributions to the Rhode Island Carpenters Benefit Funds for all hours spent performing "outside construction" by covered employees.

3. Defendant has engaged in "outside construction" work at some point during the period of June 1996 through the present.

4. For the period of June 1996 to the present, Defendant has submitted no contributions to the Rhode Island Carpenters' Benefit Funds for "outside construction" work performed.

5. Defendant asserted to the National Labor Relations Board that it was engaged in "outside construction," as that term is used in section 8(f) of the National Labor Relations Act.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorney,

Elizabeth A. Wiens, Esq.#6827
Gursky Law Associates
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
Tel (401)294-4700
Fax (401)294-4702

Certificate of Service

I hereby certify that I caused a copy of the foregoing to be mailed via first class mail this 6th day September, 2006 to Thomas J. McAndrew, Esq., One Turks Head Place, Suite 205, Providence, RI 02903.