**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND, Through their Trustees, and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds, *Plaintiffs,* | : | |
| v. | : | C.A. No. 06-339ML |
| MODERN INDUSTRIES, INC. *Defendant.* | : | |

**MOTION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO COMPEL**

Now come Plaintiffs, through counsel, and hereby request that the hearing on Plaintiffs' Motion to Compel, currently scheduled for March 23, 2007, be continued to another date. As reason therefore, Plaintiffs state that Plaintiffs' counsel, Elizabeth Wiens, Esq., and Defendant's counsel, Thomas McAndrew, Esq., have a previously scheduled labor arbitration hearing on March 23, 2007 from 10:00 a.m. to 4:00 p.m.

Plaintiffs' counsel is available the week of April 9, 2007 for the hearing on their Motion to Compel. Plaintiffs' counsel is currently working with Defendant's counsel to determine his availability.

Respectfully submitted,

On behalf of Plaintiffs,
By their attorney,

/s/ Elizabeth A. Wiens________

Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
Tel.(401) 294-4700
Fax (401) 294-4702

CERTIFICATION

I hereby certify that I electronically filed the within Motion to Continue on March 22, 2007. The Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the individual below has been effectuated by electronic means.

Thomas J. McAndrew, Esq.
One Turks Head Place
Suite 205, Providence, RI 02903

/s/ Elizabeth A. Wiens