**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND, Through their Trustees, and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds, *Plaintiffs,* | : | |
| v. | : | C.A. No. 06-339ML |
| MODERN INDUSTRIES, INC. *Defendant.* | : | |

**MOTION TO EXTEND DISCOVERY PERIOD**

Now come Plaintiffs, through counsel, and hereby move this Court for an order enlarging the pre-trial factual discovery deadline to **July 30, 2007** and all other deadlines in the pre-trial order an additional sixty days. As reasons therefore, Plaintiffs state that the parties are currently engaged in settlement discussions. However, if the parties are unable to come to an agreement, Plaintiffs request additional time to conduct depositions. Plaintiffs submit that the additional sixty (60) days for discovery will provide adequate time to complete discovery.

Respectfully submitted,

On behalf of Plaintiffs,
By their attorney,

/s/ Elizabeth A. Wiens_________

Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
Tel.(401) 294-4700
Fax (401) 294-4702

CERTIFICATION

I hereby certify that I electronically filed the within Motion on May 31, 2007. The Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the individual below has been effectuated by electronic means.

Thomas J. McAndrew, Esq.
One Turks Head Place
Suite 205, Providence, RI 02903

/s/ Elizabeth A. Wiens