**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND, Through their Trustees, and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds, *Plaintiffs,* | : | |
| v. | : | C.A. No. 06-339ML |
| MODERN INDUSTRIES, INC. *Defendant*. | : | |

**MOTION TO EXTEND DISCOVERY PERIOD**

Now come Plaintiffs, through counsel, and hereby move this Court for an order enlarging the dispositive motion deadline to **October 1, 2007** and the deadline for filing the pre-trial memorandum, if no dispositive motions are filed, to **October 17, 2007.** As reasons therefore, Plaintiffs state that, prior to the close of discovery, they noticed the depositions of Defendant's owners. Said depositions are scheduled to take place on September 6, 2007. Plaintiffs request an additional 45 days to file their dispositive motion(s) to allow time to review the transcripts of the aforementioned depositions.

Respectfully submitted,

On behalf of Plaintiffs,
By their attorney,

/s/ Elizabeth A. Wiens_________
Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
Tel.(401) 294-4700
Fax (401) 294-4702

CERTIFICATION

I hereby certify that I electronically filed the within Motion on August 14, 2007. The Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the individual below has been effectuated by electronic means.

Thomas J. McAndrew, Esq.
One Turks Head Place
Suite 205, Providence, RI 02903

/s/ Elizabeth A. Wiens