UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**CA 06-339ML RI Carpenters, et al v. Modern Industries**

NON-JURY TRIAL NOTICE

You are hereby notified that the above-captioned case is scheduled for trial on **Monday, October 29, 2007 at 10:00 a.m.**

Counsel are reminded that all exhibits should be pre-marked and if any court equipment (i.e. overhead projector; VCR etc) is needed during the trial, counsel are to give the courtroom deputy at least 24 hours notice of what they need.

**Any pre-trial memoranda not previously filed must be filed on or before October 18, 2007.**

Counsel are to advise the clerk of any settlement and file a stipulation of dismissal one week prior to trial.

Mary M. Lisi
Chief United States District Judge
October 10 ,2007