MODERN INDUSTRIES
"Outside Hours"

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1/3/2004 | 2/7/2004 | 2/14/2004 | | | | | | TOTAL |
| Valcorba | **6** | 7 | 32 | | | | | | 45 |
| | | | | | | | | | |
| | 2/27/04 | 3/5/04 | 3/10/04 | 3/17/04 | 3/26/04 | 4/9/04 | 4/23/04 | 5/7/04 | TOTAL |
| Valcorba | 6.5 | 7 | 7.5 | 14 | 23.5 | 30.5 | 10 | | 99 |
| Raposa | 8 | | | 8 | | | | | 16 |
| Morgan | | | 7.5 | | | | | 3.5 | 11 |
| Costello | | | | 8 | | | | | 8 |
| | **53.5** | | | | **75.5** | | **40.5** | | |
| | 5/11/04 | 5/28/04 | 6/11/04 | 6/18/04 | 6/26/04 | 7/3/04 | 7/24/04 | 7/31/04 | TOTAL |
| Valcorba | | 8 | 10 | 19 | | | 40 | 40.5 | 117.5 |
| Morgan | | | | | 8 | 6 | 40 | 40 | 94 |
| Raposa | 16 | | | | | | | | 16 |
| Madore | 8 | 8 | 10 | 8 | 8 | 4 | | 6.5 | 52.5 |
| Costello | | 8 | | | | | | | 8 |
| | | **51.5** | | | **63** | | | **177** | |
| NAME | 8/7/04 | 8/14/04 | 8/21/04 | 8/28/04 | 9/4/04 | 10/9/04 | 10/16/04 | 11/27/04 | TOTAL |
| Madore | 0 | 0 | 0 | 8 | 0 | 0 | 20 | 0 | 28 |
| Morgan | 39.5 | 32 | 32 | 0 | 0 | 8.5 | 0 | 0 | 112 |
| Valcorba | 40 | 33 | 40 | 0 | 8 | 8.5 | 0 | 0 | 129.5 |
| Carvalho | | | | | | | | 2 | 2 |
| | | | | **224.5** | **8** | | **37** | **2** | |
| | | | | | | | | | |
| | 12/4/04 | 12/11/04 | 12/18/04 | 12/25/04 | | | | | |
| Madore | 0 | 24 | 31.5 | | | | | | 55.5 |
| Morgan | 7.75 | | 0 | 22.75 | | | | | 30.5 |
| Valcorba | 0 | | 0 | 20.5 | | | | | 20.5 |
| Carvalho | 0 | | | | | | | | 0 |
| Costello | | | 14.5 | | | | | | 14.5 |
| Earle | | | | | | | | | 0 |
| Martley | | | | | | | | | 0 |
| | | | | **121** | | | | | |
| **total hours for 2004** | | | | | | | | | **859.5** |

MODERN INDUSTRIES
"Outside Hours"

| | 1/15/05 | 1/22/05 | 2/12/05 | 2/26/05 | 3/5/05 | 3/12/05 | 3/19/05 | 4/23/05 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Madore | 16 | | | | | | | | 16 |
| Earle | | 31 | 6.25 | 23 | 20.15 | 6 | | | 86.4 |
| Martley | | 31.5 | | | | | | | 31.5 |
| Champagne | | | | | 12 | | | | 12 |
| Iacono | | | | | | | | 35 | 35 |
| Iacono Jr. | | | | | | 6 | | 28 | 34 |
| Falcone | | | | | | | 30.5 | | 30.5 |
| Stott | | | | | | | 28.5 | | 28.5 |
| Valcorba | | | | | | | | 24 | 24 |
| Hogan | | | | | 45.5 | 42.75 | 43 | | 131.25 |
| | | **78.5** | | **29.25** | | | **234.4** | | |

| | 4/30/05 | 5/7/05 | 5/14/05 | 5/21/05 | 5/28/05 | 6/11/05 | 6/25/05 | 7/9/05 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Avelar | | 0.00 | | | | | | | 0 |
| Costello | | 7.75 | | 6.00 | | | | | 13.75 |
| Duffy | | 0.00 | | | | | | | 0 |
| Hogan | 42.75 | 42.75 | 35.75 | 25.25 | | | | | 146.5 |
| Iacono | 19 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 19 |
| Iacono Jr. | 13 | 0.00 | 0.00 | 40.00 | 39.00 | 0.00 | 0.00 | 0.00 | 92 |
| Longo Jr. | | 0.00 | | | | | | | 0 |
| Lotero | | 0.00 | | | | | | | 0 |
| Madore | | | | 46.00 | 0.00 | 0.00 | 0.00 | 0.00 | 46 |
| Morgan | | | | 37.00 | | | | | 37 |
| Valcorba | 20 | 7.50 | | 37.00 | 5.50 | | | | 70 |
| | **181.75** | | | | **329.50** | | | | |

| | 7/23/05 | 7/30/05 | 8/6/05 | 8/13/05 | 8/20/05 | 8/27/05 | 9/3/05 | 9/10/05 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Carello | | | 43.50 | 36.75 | 51.50 | 40.25 | 45.50 | 32.75 | 250.25 |
| Costello | | | | | | | 0.00 | 0.00 | 0 |
| Duffy | | | | | | | | | 0 |
| Earle | | | | | | | | | 0 |
| Iacono | | | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0 |
| Madore | 40 | | | 0 | | 0 | 0.00 | 0 | 40 |
| Morgan | | | | | | | | | 0 |
| Valcorba | 45 | | 40.00 | 39 | | 5.5 | 49.00 | 39 | 217.5 |
| Young | | | | | | | | 0 | 0 |
| | | **85** | | | | **256.50** | | | |

MODERN INDUSTRIES
"Outside Hours"

| | 9/17/05 | 9/24/05 | 10/1/05 | 10/8/05 | 10/15/05 | 10/22/05 | 10/29/05 | 11/5/05 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Cabral | | | 3.00 | | | | | | 3 |
| Carello | 39.00 | | | | | | | | 39 |
| Costa | | | | | 8.75 | | | | 8.75 |
| Costello | | 16.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 | 22 |
| Duffy | 6.5 | | 3.00 | | 16.75 | | | 8.00 | 34.25 |
| Earle | 36.5 | 50 | 32.00 | 40.00 | 32.00 | 40.00 | 21.00 | 40.00 | 291.5 |
| Madore | 0 | 13.5 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 | 19.5 |
| Morgan | 6.5 | 15.5 | | | 16.75 | 8.50 | | 8.00 | 55.25 |
| Valcorba | 50 | 41.5 | 41.00 | 40.00 | 33.00 | 40.00 | 32.00 | 40.00 | 317.5 |
| Young | | 0 | 0.00 | | | 7.50 | | 8.00 | 15.5 |
| | | **441.25** | | | | | **415.25** | | |

| | 11/12/05 | 11/19/05 | 11/26/05 | 12/3/05 | 12/10/05 | 12/17/05 | 12/24/05 | 12/31/05 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Costello | 0.00 | 0 | 8 | 0.00 | 0 | 0.00 | 37.00 | 44 | 89 |
| Earle | 24.00 | 41 | 16 | 0 | 21 | 32 | 22.5 | | 156.5 |
| Longo Jr. | | | 5.25 | | | 15 | | | 20.25 |
| Madore | 6.50 | 4.5 | 8 | 0 | 0 | 0 | 40.25 | 44 | 103.25 |
| Morgan | | | | | | | | | 0 |
| Valcorba | 24.00 | 41 | 16 | 32 | 34 | 32 | 37.5 | | 216.5 |
| Young | | | 5.25 | 2.5 | | | | 21 | 28.75 |
| | | | **315.50** | | | | | **414.75** | |
| **Total Hours 2005** | | | | | | | | | **2781.65** |

MODERN INDUSTRIES
"Outside Hours"

| | 1/7/06 | 1/14/06 | 1/21/2006 | 1/28/06 | 2/4/06 | 2/11/05 | 2/18/06 | 2/25/06 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Costello | 0.00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| Earle | | | | | | | | | 0 |
| Longo Jr. | | | | | | | | | 0 |
| Madore | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Morgan | | | | | | | | | 0 |
| Valcorba | 4.5 | 5 | 5 | | 14 | | 16 | 23 | 67.5 |
| | | | | **14.5** | | | | **53** | |

| | 3/4/06 | 3/11/06 | 3/18/06 | 3/25/06 | 4/1/06 | 4/8/06 | 4/15/06 | 4/22/06 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Costello | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0 |
| Earle | | | | | | | | | 0 |
| Iacono | | | | | | | | | 0 |
| Madore | 0 | 46.25 | 33 | 0 | | 0.00 | 0.00 | 0.00 | 79.25 |
| Morgan | | | | | | 36.75 | | 9.50 | 46.25 |
| Valcorba | | 40 | 32 | | 33 | 40.00 | | 15.00 | 160 |
| | | | | **119.25** | | | | **134.25** | |

| | |
|---|---|
| **Total Hours 2006** | **353** |
| **Total Hours 2004-2006** | **3994.15** |