**Modern Industries**
Damages

| YEAR | HOURS | RATE | AMOUNT OWED | INTEREST | PENALTY 20% | TOTAL |
|---|---|---|---|---|---|---|
| 2004 | 859.5 | $13.95 | $11,990.03 | | $2,398.01 | $14,388.03 |
| 2005 | 2781.65 | $14.95 | $41,585.67 | | $8,317.13 | $49,902.80 |
| 2006 | 353 | $15.70 | $5,542.10 | | $1,108.42 | $6,650.52 |
| | 3994.15 | | $59,117.79 | $8,320.36 | $11,823.56 | |
| | | | | | | $79,261.71 |
| | | | ESTIMATED HOURS | | | |
| 1996 through 2003 | 9319.683 | $10.00 | $93,196.83 | $28,891.02 | $18,639.37 | $140,727.22 |
| ATTY FEES | | | | | | |
| TOTAL | | | | | | $219,988.93 |