| Interest | Rate | | 0.04 | 0.04 | 0.04 | 0.04 | 0.04 | 0.0425 | 0.045 | 0.0475 | 0.0475 | 0.05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Feb. 04 | Mar. 04 | Apr. 04 | May. 04 | June. 04 | July.04 | Aug.04 | Sept. 04 | Oct.04 | Nov. 04 |
| Jan. 2004 | 6 | $13.95 | $83.70 | $83.98 | $84.25 | $84.53 | | | $85.46 | | | $86.52 |
| Feb. 2004 | 53.5 | $13.95 | | $746.33 | $748.78 | $751.23 | $753.69 | | | $762.51 | | |
| Mar. 2004 | 75.5 | $13.95 | | | $1,053.23 | $1,056.69 | $1,060.15 | $1,064.26 | | | $1,076.73 | |
| Apr. 2004 | 40.5 | $13.95 | | | | $564.98 | $566.83 | $568.92 | $571.24 | | | $578.29 |
| May. 2004 | 51.5 | $13.95 | | | | | $718.43 | $720.93 | $723.74 | $726.84 | | |
| June. 2004 | 63 | $14.95 | | | | | | $941.85 | $945.33 | $949.20 | $952.88 | |
| July. 2004 | 177 | $14.95 | | | | | | | $2,646.15 | $2,656.48 | $2,666.81 | $2,678.77 |
| Aug. 2004 | 224.5 | $14.95 | | | | | | | | $3,356.28 | $3,369.38 | $3,383.86 |
| Sept. 2004 | 8 | $14.95 | | | | | | | | | $119.60 | $120.09 |
| Oct. 2004 | 37 | $14.95 | | | | | | | | | | $553.15 |
| Nov. 2004 | 2 | $14.95 | | | | | | | | | | |
| Dec. 2004 | 121 | $14.95 | | | | | | | | | | |
| Jan. 2005 | 78.5 | $14.95 | | | | | | | | | | |
| Feb. 2005 | 29.25 | $14.95 | | | | | | | | | | |
| Mar. 2005 | 234.4 | $14.95 | | | | | | | | | | |
| Apr. 2005 | 181.75 | $14.95 | | | | | | | | | | |
| May. 2005 | 329.5 | $14.95 | | | | | | | | | | |
| June. 2005 | 0 | $15.70 | | | | | | | | | | |
| July. 2005 | 85 | $15.70 | | | | | | | | | | |
| Aug. 2005 | 256.5 | $15.70 | | | | | | | | | | |
| Sept. 2005 | 441.25 | $15.70 | | | | | | | | | | |
| Oct. 2005 | 415.25 | $15.70 | | | | | | | | | | |
| Nov. 2005 | 315.5 | $15.70 | | | | | | | | | | |
| Dec. 2005 | 414.75 | $15.70 | | | | | | | | | | |
| Jan. 2006 | 14.5 | $15.70 | | | | | | | | | | |
| Feb. 2006 | 53 | $15.70 | | | | | | | | | | |
| Mar. 2006 | 119.25 | $15.70 | | | | | | | | | | |
| Apr. 2006 | 134.25 | $15.70 | | | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.052 | 0.0525 | 0.055 | 0.0575 | 0.0575 | 0.06 | 0.0625 | 0.0625 | 0.065 | 0.0675 | 0.0675 | 0.07 |
| Dec. 04 | Jan. 05 | Feb. 05 | Mar. 05 | Apr. 05 | May. 05 | June. 05 | July.05 | Aug.05 | Sept. 05 | Oct.05 | Nov. 05 |
| | | $87.69 | | | $88.99 | | | $90.41 | | | $91.97 |
| $772.29 | | | $783.24 | | | $795.31 | | | $808.55 | | |
| | $1,090.67 | | | $1,106.13 | | | $1,123.18 | | | $1,141.87 | |
| | | $586.13 | | | $594.80 | | | $604.33 | | | $614.76 |
| $736.16 | | | $746.60 | | | $758.10 | | | $770.72 | | |
| | $965.22 | | | $978.90 | | | $993.99 | | | $1,010.53 | |
| | | $2,715.10 | | | $2,755.27 | | | $2,799.43 | | | $2,847.75 |
| $3,399.31 | | | $3,447.50 | | | $3,500.63 | | | $3,558.90 | | |
| $120.62 | $121.15 | | | $122.87 | | | $124.76 | | | $126.84 | |
| $555.51 | $557.92 | $560.65 | | | $568.95 | | | $578.06 | | | $588.04 |
| $29.90 | $30.03 | $30.17 | $30.32 | | | $30.79 | | | $31.30 | | |
| | $1,808.95 | $1,817.13 | $1,826.05 | $1,834.60 | | | $1,862.87 | | | $1,893.88 | |
| | | $1,173.58 | $1,179.12 | $1,184.67 | $1,190.94 | | | $1,210.03 | | | $1,230.91 |
| | | | $437.29 | $439.35 | $441.60 | $444.03 | | | $451.42 | | |
| | | | | $3,504.28 | $3,521.56 | $3,540.28 | $3,558.28 | | | $3,617.51 | |
| | | | | | $2,717.16 | $2,731.12 | $2,745.08 | $2,717.16 | | | $2,717.16 |
| | | | | | | $4,926.03 | $4,951.33 | $4,978.66 | $5,008.01 | | |
| | | | | | | | $0.00 | $0.00 | $0.00 | $0.00 | |
| | | | | | | | | $1,334.50 | $1,341.90 | $1,349.31 | $1,357.53 |
| | | | | | | | | | $4,027.05 | $4,049.39 | $4,073.39 |
| | | | | | | | | | | $6,927.63 | $6,967.48 |
| | | | | | | | | | | | $6,519.43 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.0725 | 0.075 | 0.075 | 0.0775 | 0.0775 | 0.08 | 0.0825 | 0.0825 | 0.0825 | 0.0825 | 0.0825 | 0.0825 |
| Dec. 05 | Jan.06 | Feb. 06 | Mar. 06 | Apr. 06 | May. 06 | June. 06 | July.06 | Aug.06 | Sept. 06 | Oct.06 | Nov. 07 |
| | | $93.68 | | | $95.52 | | | $97.47 | | | $99.45 |
| $823.00 | | | $838.73 | | | $855.79 | | | $873.20 | | |
| | $1,162.99 | | | $1,185.21 | | | $1,209.32 | | | $1,233.92 | |
| | | $626.13 | | | $638.48 | | | $651.47 | | | $664.73 |
| $784.50 | | | $799.49 | | | $815.75 | | | $832.35 | | |
| | $1,029.22 | | | $1,048.89 | | | $1,070.22 | | | $1,091.99 | |
| | | $2,900.41 | | | $2,957.63 | | | $3,017.79 | | | $3,079.18 |
| $3,622.52 | | | $3,691.74 | | | $3,766.84 | | | $3,843.47 | | |
| | $129.18 | | | $131.65 | | | $134.33 | | | $137.06 | |
| | | $598.92 | | | $610.73 | | | $623.16 | | | $635.83 |
| $31.86 | | | $32.47 | | | $33.13 | | | $33.81 | | |
| | $1,928.90 | | | $1,965.76 | | | $2,005.75 | | | $2,046.55 | |
| | | $1,253.67 | | | $1,278.40 | | | $1,304.41 | | | $1,330.94 |
| $459.49 | | | $468.27 | | | $477.79 | | | $487.51 | | |
| | $3,684.41 | | | $3,754.81 | | | $3,831.20 | | | $3,909.13 | |
| | | $2,717.16 | | | $2,717.16 | | | $2,717.16 | | | $2,717.16 |
| $5,097.54 | | | $5,194.95 | | | $5,300.63 | | | $5,408.46 | | |
| | $0.00 | | | $0.00 | | | $0.00 | | | $0.00 | |
| | | $1,382.64 | | | $1,409.91 | | | $1,409.91 | | | $1,409.91 |
| $4,099.04 | | | $4,177.37 | | | $4,262.35 | | | $4,262.35 | | |
| $7,010.19 | $7,055.74 | | | $7,055.74 | | | $7,055.74 | | | $7,055.74 | |
| $6,558.27 | $6,599.80 | $6,639.99 | | | $6,639.99 | | | $6,639.99 | | | $6,639.99 |
| $4,953.35 | $4,983.88 | $5,014.42 | $5,048.01 | | | $5,048.01 | | | $5,048.01 | | |
| | $6,511.58 | $6,551.71 | $6,594.53 | $6,636.01 | | | $6,636.01 | | | $6,636.01 | |
| | | $227.65 | $229.10 | $230.55 | $232.14 | | | $232.14 | | | $232.14 |
| | | | $832.10 | $837.40 | $843.04 | $849.03 | | | $849.03 | | |
| | | | | $1,872.23 | $1,884.54 | $1,897.62 | $1,910.31 | | | $1,910.31 | |
| | | | | | $2,107.73 | $2,122.02 | $2,136.31 | $2,150.60 | | | $2,150.60 |

| 0.0825 | 0.0825 | 0.0825 | 0.0825 | 0.0825 | 0.0825 | 0.0825 | 0.0825 | 0.0825 | 0.0775 | 0.0775 |
|---|---|---|---|---|---|---|---|---|---|---|
| Dec. 06 | Jan.07 | Feb. 07 | Mar. 07 | Apr. 07 | May. 07 | June. 07 | July.07 | Aug.07 | Sept. 07 | Oct.07 |
| | | $101.47 | | | $103.54 | | | $105.64 | | |
| $890.96 | | | $909.09 | | | $927.58 | | | $945.31 | |
| | $1,259.02 | | | $1,284.63 | | | $1,310.77 | | | $1,335.81 |
| | | $678.25 | | | $692.05 | | | $706.12 | | |
| $849.28 | | | $866.56 | | | $884.18 | | | $901.08 | |
| | $1,114.21 | | | $1,136.87 | | | $1,160.00 | | | $1,182.17 |
| | | $3,141.82 | | | $3,205.73 | | | $3,270.95 | | |
| $3,921.66 | | | $4,001.43 | | | $4,082.83 | | | $4,160.85 | |
| | $139.85 | | | $142.69 | | | $145.60 | | | $148.38 |
| | | $648.77 | | | $661.96 | | | $675.43 | | |
| $34.49 | | | $35.20 | | | $35.91 | | | $36.60 | |
| | $2,088.18 | | | $2,130.66 | | | $2,174.00 | | | $2,215.55 |
| | | $1,358.02 | | | $1,385.64 | | | $1,413.83 | | |
| $497.43 | | | $507.55 | | | $517.87 | | | $527.77 | |
| | $3,988.65 | | | $4,069.79 | | | $4,152.58 | | | $4,231.94 |
| | | $2,717.16 | | | $2,717.16 | | | $2,717.16 | | |
| $5,518.48 | | | $5,630.74 | | | $5,745.28 | | | $5,855.07 | |
| | $0.00 | | | $0.00 | | | $0.00 | | | $0.00 |
| | | $1,409.91 | | | $1,409.91 | | | $1,409.91 | | |
| $4,262.35 | | | $4,262.35 | | | $4,262.35 | | | $4,262.35 | |
| | $7,055.74 | | | $7,055.74 | | | $7,055.74 | | | $7,055.74 |
| | | $6,639.99 | | | $6,639.99 | | | $6,639.99 | | |
| $5,048.01 | | | $5,048.01 | | | $5,048.01 | | | $5,048.01 | |
| | $6,636.01 | | | $6,636.01 | | | $6,636.01 | | | $6,636.01 |
| | | $232.14 | | | $232.14 | | | $232.14 | | |
| $849.03 | | | $849.03 | | | $849.03 | | | $849.03 | |
| | $1,910.31 | | | $1,910.31 | | | $1,910.31 | | | $1,910.31 |
| | | $2,150.60 | | | $2,150.60 | | | $2,150.60 | | |

| |
|---|
| 0.0775 |
| Nov. 07 |
| $107.66 |
| $957.35 |
| $1,344.32 |
| $719.62 |
| $912.56 |
| $1,189.70 |
| $3,333.45 |
| $4,213.86 |
| $149.32 |
| $688.34 |
| $37.06 |
| $2,229.66 |
| $1,440.85 |
| $534.49 |
| $4,258.89 |
| $2,769.09 |
| $5,929.66 |
| $0.00 |
| $1,436.86 |
| $4,316.65 |
| $7,100.68 |
| $6,766.88 |
| $5,112.32 |
| $6,678.28 |
| $236.58 |
| $859.84 |
| $1,922.48 |
| $2,191.70 |
| $67,438.15 |