**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND, Through their Trustees, and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds, *Plaintiffs,* | : | |
| v. | : | C.A. No. 06-339ML |
| MODERN INDUSTRIES, INC. *Defendant*. | : | |

**DISMISSAL STIPULATION**

Plaintiffs and Defendants agree to voluntarily dismiss the above-captioned matter, including all claims and counterclaims, with prejudice and without an award of costs or fees to either party.

For Plaintiffs:

/s/ Elizabeth A. Wiens
Elizabeth Wiens, Esq. (#6827)
Gursky Law Associates
420 Scrabbletown Rd. Ste. C
North Kingstown, RI 02852
(401) 294-4700
(401) 294-4702

For Defendant:

/s/ Thomas McAndrew
Thomas J. McAndrew, Esq.
Thomas J. McAndrew & Associates
One Turks Head Place Road
Suite 205, Providence, RI 02903
(401) 455-0350
(401) 455-0882

CERTIFICATION

I hereby certify that I electronically filed the within Dismissal Stipulation on October 24, 2007. The Stipulation is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the individual below has been effectuated by electronic means.

Thomas J. McAndrew, Esq.
One Turks Head Place
Suite 205, Providence, RI 02903

/s/ Elizabeth A. Wiens